UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

ISIAH PEREZ,

        Defendant.

17 Cr. 283 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Mr. Perez's emergency motion for a sentence reduction. (Dkt. no. 377.) The Government shall respond to Mr. Perez's motion by no later than August 6, and Mr. Perez may submit a reply by no later than August 20. The Clerk of the Court shall mail a copy of this order to Mr. Perez.

**SO ORDERED.**

Dated:  July 16, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.