```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -against-<br><br>ISIAH PEREZ,<br>              Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    On July 16, 2020, the Court entered a briefing schedule for Mr. Perez's motion for a sentence reduction.  (Dkt. no. 378.)  The deadline for Mr. Perez to submit a reply, if he so chose, was August 20.  To date, no reply has been filed on the docket.  Mr. Perez may have until September 25 to submit a reply; if no submission is made by that date, his release motion will be decided on the papers currently before the Court.  The Clerk of the Court shall mail a copy of this order to Mr. Perez.

SO ORDERED.

Dated:   September 16, 2020
        New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.